OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE

PITNEY BOWES

02 1R $ 00.26⁵
0006557458    FEB 23 2015
MAILED FROM ZIP CODE 78701

2/13/2015
DANGERFIELD, DEIDRE     Tr. Ct. No. 1443579-A     WR-82,886-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

DEIDRE DANGERFIELD
HALBERT UNIT - TDC # 1960378
P. O. BOX 923
BURNET, TX 78611-0923

UTF

KCJV638   78611